PROVENCHER & FLATT LLP
Gail F. Flatt, CSB No. 104422
823 Sonoma Avenue.
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile:  (707) 284-2387

Attorneys for Defendant Darin E. Green

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| Felicia Id-Deen,<br><br>    Plaintiff,<br><br>v.<br><br>Kaiser Foundation Hospitals and Darin E. Green,<br><br>    Defendants. | Case No. 3:15-cv-01010 TEH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed as to defendant Darin E. Green with prejudice pursuant to FRCP 41(a) (1).  Each party to bear their own fees and costs.

Dated: 8-17-15

LAW OFFICES OF RICHARD M. ROGERS            PROVENCHER & FLATT LLP

By: /s/ Richard M. Rogers                                         By: /s/
Richard M. Rogers                                                      Gail F. Flatt
Attorneys for Felicia Id-Deen                                   Attorneys for Darin E. Green

1

FOSTER EMPLOYMENT LAW

By: /s/
    Andrea Bednarova
    Attorneys for Kaiser Foundation Hospitals



2